FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTINA T. STRONG, individually and as Administrator of the Estate of Matthew W. Strong, deceased,<br><br>Plaintiff,<br><br>v.<br><br>GENUINE PARTS COMPANY; HONEYWELL INTERNATIONAL, INC, individually and as successor to Allied Signal Inc. and The Bendix Corporation; NAPA (National Automotive Parts Association); PNEUMO ABEX, LLC., individually as successor by merger to Pneumo Abex Corporation successor in interest to Abex Corporation, f/k/a American Brake Show Company, f/k/a American Brake Shoe and Foundry Company, f/k/a The American Brake Material Corporation<br><br>Defendant. | NO: 2:20-CV-136-RMP<br><br><br>ORDER DISMISSING DEFENDANT GENUINE PARTS COMPANY WITH PREJUDICE |

ORDER DISMISSING DEFENDANT GENUINE PARTS COMPANY WITH PREJUDICE ~ 1

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice Defendant Genuine Parts Company, ECF No. 40.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice Defendant Genuine Parts Company, **ECF No. 40**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs as to Genuine Parts Company **only**.

3. All other defendants and all other pending claims remain.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice as to Defendant Genuine Parts Company only, terminate Defendant Genuine Parts Company as a defendant in this matter, and provide copies to counsel..

**DATED** March 4, 2021.

>    *s/ Rosanna Malouf Peterson*
>    ROSANNA MALOUF PETERSON
>    United States District Judge

ORDER DISMISSING DEFENDANT GENUINE PARTS COMPANY WITH PREJUDICE ~ 2