AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 04, 2021**

SEAN F. McAVOY, CLERK

KRISTINA T. STRONG, individually and as Administrator of the Estate of Matthew W. Strong, deceased,
*Plaintiff* v.
GENUINE PARTS COMPANY; HONEYWELL INTERNATIONAL, INC, individually and as successor to Allied Signal Inc. and The Bendix Corporation; NAPA (National Automotive Parts Association); PNEUMO ABEX, LLC., individually as successor by merger to Pneumo Abex Corporation successor in interest to Abex Corporation, f/k/a American Brake Show Company, f/k/a American Brake Shoe and Foundry Company, f/k/a The American Brake Material Corporation
*Defendants*

Civil Action No. 2:20-CV-136-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Stipulated Motion to Dismiss with Prejudice Defendant Genuine Parts Company, ECF No. 40, is GRANTED. Plaintiff's Complaint is dismissed with prejudice and without fees or costs as to Genuine Parts Company only. Judgment of dismissal with prejudice is entered as to Defendant Genuine Parts Company.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a Stipulated Motion to Dismiss.

Date:  March 4, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*