FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTINA T. STRONG, Individually and as Administrator of the Estate of Matthew W. Strong, deceased,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HONEYWELL INTERNATIONAL, INC., and PNEUMO ABEX, LLC,<br><br>　　　　　　　　　Defendants. | NO: 2:20-CV-136-RMP<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENSES NOS. 9 AND 16 |

BEFORE THE COURT is Plaintiff Kristina T. Strong's Motion for Partial Summary Judgment, ECF No. 69. Plaintiff seeks summary judgment on Defenses Nos. 5, 9, and 16 asserted by Defendant Honeywell International, Inc. ("Honeywell"). ECF No. 34 at 4–5.

In response to Plaintiff's Motion, Honeywell withdrew Defenses Nos. 9 and 16 which it has determined are inapplicable to this case after investigation and

ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENSES NOS. 9 AND 16 ~ 1

discovery. ECF No. 89 at 2. Accordingly, Plaintiff's Motion for Partial Summary Judgment shall be granted in part with respect to Defenses Nos. 9 and 16.

"With respect to Defense No. 9, Honeywell acknowledges that joint and several liability applies here." ECF No. 89 at 2 n. 2. However, Honeywell contends that "an allocation of fault on the verdict form is still nonetheless appropriate and called for by RCW 4.22.040." *Id*. This Order makes no finding as to whether an allocation of fault on the verdict form is appropriate, and that issue will be resolved at a later time.

This Order does not resolve Plaintiff's Motion for Partial Summary Judgment on Honeywell's Defense No. 5 regarding alternative causation.[1] The Court will resolve whether or not partial summary judgment is appropriate with respect to Defense No. 5 by a separate and forthcoming order.

Accordingly, **IS IT HEREBY ORDERED**:

1. Plaintiff's Motion for Partial Summary Judgment, **ECF No. 69**, is **GRANTED IN PART** with respect to Defendant Honeywell International, Inc.'s Defenses Nos. 9 and 16 only.

---

[1] Defense No. 5 states: "If Plaintiff has been damaged as alleged, such injury or damages was wholly and proximately caused by third parties over which Honeywell had no control or right of control." ECF No. 34 at 4.

  2. Defendant Honeywell International, Inc.'s Defenses Nos. 9 and 16, asserted at ECF No. 34 at 5, are **STRICKEN**.

  3. Plaintiff's Motion for Partial Summary Judgment on Defendant Honeywell International, Inc.'s Defense No. 5 regarding alternative causation remains pending and will be resolved by a separate and forthcoming order.

  **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.

  **DATED** August 30, 2021.

          *s/ Rosanna Malouf Peterson*
         ROSANNA MALOUF PETERSON
          United States District Judge