# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KRISTINA T. STRONG, Individually and as Administrator of the Estate of Matthew W. Strong, deceased,
*Plaintiff*
v.
HONEYWELL INTERNATIONAL, INC., and PNEUMO ABEX, LLC,
*Defendant*

)
)
)
)
)
)

Civil Action No. 2:20-CV-136-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2021

SEAN F. MCAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Honeywell International Inc.'s Motion for Partial Summary Judgment (ECF No. 56) is GRANTED IN PART regarding Plaintiff's claims based on conspiracy and breach of warranty only.
Plaintiff's claims based on conspiracy and breach of warranty are DISMISSED WITH PREJUDICE.
Judgment is entered for Defendant Honeywell International Inc. on Plaintiff's claims for conspiracy and breach of warranty only.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for Partial Summary Judgment (ECF No. 56).

Date:  8/30/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams