AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 14, 2021**

SEAN F. McAVOY, CLERK

KRISTINA T. STRONG, Individually and as Administrator of the Estate of Matthew W. Strong, deceased,
*Plaintiff*
v.
HONEYWELL INTERNATIONAL, INC.; PNEUMO ABEX, LLC; and NAPA,
*Defendant*

Civil Action No. 2:20-CV-136-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Notice of Settlement, ECF No. 152, is APPROVED. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to either party as to Defendant Pneumo Abex, LLC., only.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson

Date: 9/14/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza