UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTINA T. STRONG, Individually and as Administrator of the Estate of Matthew W. Strong, Deceased,<br><br>                              Plaintiff,<br><br>     vs.<br><br>HONEYWELL INTERNATIONAL, INC., Individually and as Successor to Allied Signal, Inc. and The Bendix Corporation,<br><br>                              Defendant. | NO: 2:20-CV-0136-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 303). The parties agree that Plaintiff's claims against Defendant Honeywell International Inc., Individually and as Successor to Allied Signal, Inc. and The Bendix Corporation, in the above-entitled matter should be dismissed with prejudice and without costs and/or attorney fees to any party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs and/or attorney fees to any party.

2. All deadlines, hearings and pending motions are **VACATED**.

3. All pending motions are **DENIED** as moot.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED September 14, 2022.



            THOMAS O. RICE
          United States District Judge